660 A.2d 1186

IN THE MATTER OF MORRIS L. CHUCAS,
AN ATTORNEY AT LAW.

July 24, 1995.

## ORDER

**MORRIS L. CHUCAS** of **WOODBURY,** who was admitted to the bar of this State in 1972, having been convicted of one count of conspiracy to commit wire fraud in violation of (18 *U.S.C.A.* 371), four counts of wire fraud in violation of (18 *U.S.C.A.* 1343) and two counts of engaging in unlawful monetary transactions in violation of (18 *U.S.C.A.* 1957), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MORRIS L. CHUCAS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **MORRIS L. CHUCAS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MORRIS L. CHUCAS** comply with *Rule* 1:20–20 dealing with suspended attorneys.